UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHELDON HARRIS,

                Petitioner,

     -against-

WILLIAM A. LEE,

                Defendant.

**ORDER**

14 Civ. 7501 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

       On January 5, 2021, this Court adopted Judge Ellis's Report & Recommendation and dismissed Petitioner Sheldon Harris's petition seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  (Jan. 5, 2021 Order (Dkt. No. 40))

       A certificate of appealability will not issue, because Harris has not "made a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c).  Where, as here, " a district court has rejected the constitutional claims on the merits, the showing required to satisfy § 2253(c) is straightforward:  The Petitioner must demonstrate that reasonable jurists would find the district court' s assessment of the constitutional claims debatable or wrong."  Slack v. McDaniel, 529 U.S. 473, 484 (2000).  Harris has made no such showing here.

Dated: New York, New York
       July 23, 2021

                                  SO ORDERED.

                                  Paul G. Gardephe
                                  United States District Judge